APPEAL No. 76-317. DOUGLAS CONSTRUCTION AND SUPPLY CORP. *v.* WHOLESALE CENTER OF NORTH MAIN STREET, INC. Motion of defendant for stay of arbitration proceedings pend-

ing appeal is granted. The parties are directed to discuss extensively, in briefs and oral argument, the issue, among other issues presented, of whether an order granting arbitration is appealable or represents piecemeal review. See *Maloney* v. *Daley,* 115 R.I. 375, 346 A.2d 120 (1975); *Dewart* v. *Northeastern Gas Transmission Co.,* 139 Conn. 512, 95 A.2d 381 (1953); *Teufel Const. Co.* v. *American Arbitration Ass'n,* 3 Wash. App. 24, 472 P.2d 572 (1970); Domke, *The Law and Practice of Commercial Arbitration,* §18.06, 176-78 (1968). *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for plaintiff. *Temkin, Merolla & Zurier, Amedeo C. Merolla,* for defendant.